| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>10/1/2020/lc | Criminal Docket |

M-20-1895-M

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-20-1675__ |
| **INDICTMENT** Filed: October 7, 2020 | Judge: **RANDY CRANE** |
| County: Hidalgo | |
| Lions #: **2020R11078** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | KRISTINA PEKKALA, ASST. U.S. ATTORNEY |
| GILBERTO MOLINA<br>*Custody: 9/18/2020* | Ct. 1    Michelle Lynette Taylor, FPD, (956) 630-2995 |
| ALFREDO GONZALEZ<br>also known as "Chino"<br>*Custody: 9/18/2020* | Ct. 1    Roel Esquivel, Apt'd, (956) 630-2995 |
| ALVARO RODRIGUEZ<br>*Custody: 9/18/2020* | Ct. 1    Armando P. Duran, Apt'd, (956) 630-2995 |

Charge(s):   Ct. 1:   Kidnapping.
             Title 18, United States Code, Section 1201(c)

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for any term of years or for life.

Agency:    Federal Bureau of Investigation – Kyle O Neal - 256C-SA-3317539

Date                              Proceedings